| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:04CR00038-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:06CR132-MHT<br>FILED 06 MAY 12 PM 12:38<br>U.S. COURTS SOUTHERN DISTRICT OF TEXAS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jimmy Ray Pizzlatto<br>26 Lee County Road 263 Lot 29<br>Opelika, Alabama | SOUTHERN DISTRICT OF TEXAS | Laredo |
| | NAME OF SENTENCING JUDGE | |
| | George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/30/2005    TO 09/29/2008 |

**OFFENSE**

Transport an undocumented alien within the United States for private financial gain by means of a motor vehicle. 8 U.S.C. § 1324 (a)(1)(B)(i).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION</u>

    It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Alabama/Montgomery Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

10/21/06
Date

*George P. Kazen*
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA/MONTGOMERY DIVISION

    Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

12/19/2005
Effective Date

United States District Judge